UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 16-01201-RGK (AFMx) | Date | May 26, 2016 |

| | |
|---|---|
| Title | PRIMERICA LIFE INSURANCE COMPANY v. JAMES SPAID, et al. |

| | |
|---|---|
| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |

| Sharon L. Williams | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**   [In Chambers] Order to Show Cause re Dismissal for Lack of Prosecution

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days (120 days prior to December 1, 2015) after the complaint is filed.  Fed.R.Civ.Proc. 4(m).  Generally, defendants must answer the complaint within 21 days after service (60 days if the defendant is the United States).  Fed.R.Civ.Proc. 12(a)(1).

In the present case, it appears that one or more of these time periods has not been met. Accordingly, the court, on its own motion, orders plaintiff(s) to show cause in writing on or before June 2, 2016 why this action should not be dismissed for lack of prosecution **as to defendant James Spaid**. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the court finds that this matter is appropriate for submission without oral argument.  The Order To Show Cause will stand submitted upon the filing of plaintiff's response.

If plaintiff/defendant files

☐   Proof of <u>timely</u> service of summons and complaint on the following defendant(s):

◼   A <u>timely</u> answer by the following defendant(s): **James Spaid (answer was due May 20, 2016)**

-or-

◼   Plaintiff's application for entry of default pursuant to Rule 55a of the Federal Rules of Civil Procedure as to defendant(s): **James Spaid (answer was due May 20, 2016)**

☐   Plaintiff's motion for default judgment pursuant to Rule 55b of the Federal Rules of Civil Procedure as to defendant(s):

on or before the date indicated above, the court will consider this a satisfactory response to the Order To Show Cause.